# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KEITH SAULTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:15-cv-00524 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Bryant |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pending before the Court is Plaintiff Keith Saulter's Motion for Judgment Based Upon the Administrative Record ("Motion"). (Doc. No. 19.) Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 18), and Plaintiff replied (Docs. No. 19, 20.) Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be denied and that the decision of the Commissioner be affirmed. (Doc. No. 21 at 1.) The Report was filed on August 5, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 3.) Neither party has filed an objection to date. Plaintiff did file sixty-four pages of medical records (Doc. No. 24 at 5–69), however these do not constitute specific objections to the Report. As the Report states, "[i]f [P]laintiff's medical condition has in fact worsened to the point that he is now precluded from performing substantial gainful activity, a *new application* for disability benefits may prove fruitful." (Doc. No. 21 at 3 (emphasis added).)

1

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this the 29th day of August, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT